## PETTEWAY v. SOUTH CAROLINA INSURANCE CO.

No. 256P89

Case below: 93 N.C. App. 776

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## SELF v. CITIZENS SAVINGS BANK

No. 250P89

Case below: 93 N.C. App. 792

Petition by plaintiff (Ruth E. Self) for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## SLAUGHTER v. SLAUGHTER

No. 252PA89

Case below: 93 N.C. App. 717

Petition by defendant (Veasey) for discretionary review pursuant to G.S. 7A-31 allowed 6 September 1989.

## SMALL v. SMALL

No. 241P89

Case below: 93 N.C. App. 614

Petition by Shelby H. Small for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## STATE v. ALLEN

No. 320P89

Case below: 94 N.C. App. 390

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 September 1989.